Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff MONICA DAWKINS

[*Attorneys for Defendant on Next Page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONICA DAWKINS, on behalf of herself and all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>EAST WEST BANK, a California-chartered commercial bank,<br><br>Defendant. | Case No: 1:26-cv-04273-KES-EGC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT AND CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>**Doc. 10** |

Artin Betpera
**BUCHALTER LLP**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
EAST WEST BANK

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), L.R. 143 and L.R. 144, Plaintiff MONICA DAWKINS ("Plaintiff") and Defendant EAST WEST BANK ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint in this action on June 3, 2026 (ECF No. 1);

WHEREAS, on June 4, 2026, the Court issued its Order Setting Mandatory Scheduling Conference, which is currently set for September 15, 2026 (ECF No. 2);

WHEREAS, Defendant waived service of summons through a waiver executed on June 11, 2026, with Defendant's responsive pleading due on August 10, 2026 (ECF No. 4);

WHEREAS, on August 5, 2026, the Parties filed the Stipulation to Extend Defendant's Responsive Pleading Deadline by no More than 28 Days, extending Defendant's deadline to respond to the complaint to September 7, 2026 (ECF No. 9);

WHEREAS, the parties are in the process of finalizing an early resolution of this matter, and require additional time to conclude those discussions;

WHEREAS, to allow counsel for the Parties time to thoroughly discuss the resolution that may avoid the need for motion practice, counsel for the Parties agree that it would serve the interests of efficiency to extend Defendant's response date by forty-five (45) days;

WHEREAS, this is Defendant's second request for an extension of time to respond to the Complaint; the Parties previously obtained a twenty-eight (28) day extension by stipulation filed August 5, 2026 (ECF No. 9), extending Defendant's deadline from August 10, 2026 to September 7, 2026; and the extension now requested would result in a total extension of seventy-three (73) days from the original August 10, 2026 deadline;

WHEREAS, Plaintiff's counsel has agreed to this extension, and no party will be prejudiced by the requested extension;

/ / /

WHEREAS, the Parties have also agreed to stipulate to extend the date for the mandatory scheduling conference and associated deadlines, for a period of sixty (60) days to a date that is convenient for the Court;

WHEREAS, the Court's Order Setting Mandatory Scheduling Conference recognizes that a scheduling conference may not be procedurally appropriate where a defendant has not yet filed a responsive pleading, or where a motion to dismiss is pending, and directs the parties to inform the Court of such circumstances before the Joint Scheduling Report deadline (ECF No. 2 at 2:1-7);

WHEREAS, the Parties submit this stipulation for that purpose and in advance of the September 8, 2026 Joint Scheduling Report deadline;

WHEREAS, if the requested extension is granted, Defendant's response to the Complaint will not be due until October 22, 2026, and no responsive pleading will be on file as of the September 15, 2026 Mandatory Scheduling Conference;

WHEREAS, this extension is not sought to unduly delay the proceedings and will not prejudice any Party;

ACCORDINGLY, IT IS HEREBY STIPULATED and REQUESTED by the Parties that:

1. The Court extend the deadline for Defendant to respond to the Complaint by forty-five (45) days, up to and including October 22, 2026; and

2. The Mandatory Scheduling Conference and associated deadlines under Federal Rule of Civil Procedure 26(f), including the filing of a Joint Scheduling Report, shall be continued for a period of sixty (60) days to a date that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: September 2, 2026

**NATHAN & ASSOCIATES, APC**

By: *<u>/s/ Reuben D. Nathan</u>*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: September 2, 2026

**BUCHALTER LLP**

By: /s/ *Artin Betpera*
*(As authorized on September 2, 2026)*

Artin Betpera
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

*Attorneys for Defendant*

**ORDER**

The Court, having considered the stipulation (Doc. 10) between Plaintiff MONICA DAWKINS ("Plaintiff") and Defendant EAST WEST BANK ("Defendant") (collectively, the "Parties"), and for good cause shown, HEREBY ORDERS that:

1. The deadline for Defendant to respond to the Complaint is EXTENDED by forty-five (45) days, up to and including October 22, 2026.
2. The Mandatory Scheduling Conference and associated deadlines under Federal Rule of Civil Procedure 26(f), including the filing of a Joint Scheduling Report, is **CONTINUED** to **December 8, 2026 at 9:15 a.m**. before Magistrate Judge Erin Guy Castillo. The parties SHALL file their joint scheduling report 7 days prior to the conference.

IT IS SO ORDERED.

Dated: **September 2, 2026**

Erin Guy Castillo
UNITED STATES MAGISTRATE JUDGE