# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA DAWKINS,<br><br>Plaintiff,<br><br>v.<br><br>EAST WEST BANK,<br><br>Defendant. | Case No. 1:26-cv-4273-KES-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 12) |

On October 22, 2026, Plaintiff filed a "Notice for Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims. (Doc. 12). Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **November 16, 2026**

Erin Sing Castillo

UNITED STATES MAGISTRATE JUDGE